## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on ___July 1___, 2026, I deposited the original of this Notice of Supplemental Record Citations in Support of Rule 6 Discovery Request (ECF No. 799) in the institutional legal mail at USP ADX Florence, using the institution's legal mail procedures, addressed to:

Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

I further certify that on the same date, I deposited a true and correct copy of this Notice in the institutional legal mail addressed to:

Matthew F. Sullivan
Assistant United States Attorney
United States Attorney's Office
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Dated: ___July 1___, 2026
Florence, Colorado

Joseph Romano
Reg. No. 72247-053

3